**MALLOW HOTEL CORPORATION, Appellant, v. Andrew J. SARDONI et al., Trustees, etc.**

No. 6378.

Circuit Court of Appeals, Third Circuit.

March 15, 1937.

Frank P. Slattery, of Wilkes-Barre, Pa., for appellant.

James P. Harris and Neil Chrisman, both of Wilkes-Barre, Pa., Arthur Butler Graham, of New York City, and R. J. Doran, of Wilkes-Barre, Pa., for appellees.

Before BUFFINGTON, DAVIS, and BIGGS, Circuit Judges.

PER CURIAM.

After argument and full consideration had, this appeal is dismissed and the order of Judge Johnson, which reads as follows: "* * * It is ordered that the proceedings for the reorganization of the Mallow Hotel Corporation filed to No. 9287 In Bankruptcy in this Court, and the proceedings for the reorganization of the Wilkes-Barre Hotel Company filed to No. 9476 In Bankruptcy in this Court, be and the same are hereby consolidated for the purpose of effecting a reorganization of the Mallow Hotel Corporation, Debtor, and the Wilkes-Barre Hotel Company, Debtor, under the proposed joint reorganization, * * *" is affirmed.

**Elwood McGUIRE v. COMMISSIONER OF INTERNAL REVENUE.**

No. 5698.

Circuit Court of Appeals, Seventh Circuit.

Dec. 7, 1936.

Robert A. Littleton, of Washington, D. C., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before SPARKS, Circuit Judge.

PER CURIAM.

Pursuant to stipulation of counsel filed December 9, 1935, and order of this court entered on the same date, providing that proceedings in this cause be stayed until the final determination of cause No. 5699, Charles A. McGuire v. Commissioner of Internal Revenue, 84 F.(2d) 431, and after such final determination that either party may apply for a judgment in this cause corresponding to the judgment entered in said cause; and on motion of counsel for respondent, it is now here ordered and adjudged by this court that the decision entered in this cause on August 6, 1935, by the United States Board of Tax Appeals be, and the same is hereby, affirmed.